UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62377-CIV-DIMITROULEAS/Snow

MAUREEN CODERRE, on behalf of herself and
others similarly situated,

       Plaintiffs,

v.

WILSON/WADDELL COMPANY, LLC, a Florida
limited liability company d/b/a J. Mark's Restaurant
and Bar,

       Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Supplemental Responses to Plaintiff's First Request for Production (ECF No. 44), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before March 13, 2015, the Defendant shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of March, 2015.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record