UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62377-CIV-DIMITROULEAS/Snow

MAUREEN CODERRE, on behalf of herself and
others similarly situated,

    Plaintiffs,

v.

WILSON/WADDELL COMPANY, LLC, a Florida
limited liability company d/b/a J. Mark's Restaurant
and Bar, ARIEL AYALA, an individual, and STEVE
WILSON, an individual,

    Defendants.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on Plaintiff, Maureen Coderre's Renewed Motion to Compel Responses to First Set of Interrogatories (ECF No. 40), which was referred to United States Magistrate Judge Lurana S. Snow.  The Defendant asserts that Plaintiff did not, prior to filing her motion, confer with the Defendant about the deficiencies raised with respect to Defendant's amended responses to the interrogatories.  Accordingly, it is hereby

ORDERED AND ADJUDGED that on or before March 13, 2015, the Plaintiff shall file a short reply addressing why her motion should not be denied for failing to comply with S.D. Local Rule 7.1(a)(3).  After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of March, 2015.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record